**LeAndre' Lamarr BALLEW by His Next Friend, Lanesa L. BALLEW, and Lanesa L. Ballew (Holt), Individually, Respondent,**

v.

**Bruce R. PICKENS, Appellant.**

**No. WD 64039.**

Missouri Court of Appeals,
Western District.

May 17, 2005.

Connie J. Boysen, Overland Park, KS, for appellant.

Jay David DeHardt, Kansas City, MO, for respondent.

Before ROBERT G. ULRICH, P.J., JAMES M. SMART, JR., and JOSEPH M. ELLIS, JJ.

### ORDER

PER CURIAM:

Bruce Pickens appeals the trial court's modification of a child support order. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).